■ (A) ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., v. GEORGE G. KIRSTEIN. (B) ASSOCIATION FOR THE PRESERVATION OF

**746**

FREEDOM OF CHOICE, INC., v. NATION ASSOCIATES, INC.— [In each action] Motion to enforce order of this court dismissed, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.